UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                            Plaintiff,

              v.

ALLEN R. CLARK,

                            Defendant.
_____

                                                                                      DECISION AND ORDER

                                                                                      23-CR-6021DGL

On October 25, 2023, this Court sentenced the defendant, Allen R. Clark, to a term of imprisonment, a term of supervised release, and a $100 special assessment. Because there were some issues relative to the amount of restitution and the identity of the victims, I bifurcated the restitution issue pursuant to 18 U.S.C. §§ 3664(d)(5) and (d)(6). I referred the matter to the United States Magistrate Judge Mark W. Pedersen to hold hearing, make findings of fact, and issue a Report and Recommendation.

Magistrate Judge Pedersen, after proceedings before him, issued a thorough Report and Recommendation (Dkt. #61) which was filed on January 17, 2024. The Magistrate Judge found and directed that the defendant, jointly and severally with several co-defendants, make restitution in the amount of $55,310, specifically, $45,435 to ESL Federal Credit Union and $9,875 to Community Bank.

No party has objected to that Report and Recommendation. I, therefore, accept and adopt in full the Report and Recommendation of Magistrate Judge Pedersen and direct the defendant, Allen R. Clark, to pay restitution in the designated amounts to the two victim banks.

Based on this, I ask the United States Probation Office to prepare a proposed Amended Judgment and Commitment setting forth the restitution items referenced in the Magistrate Judge's Report and Recommendation and this Order.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
February 2, 2024.